IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 09-CR-283-1 |
| v. | : |
| | : |
| | : |
| MARC JAMES HARRIS | |

**O R D E R**

BERLE M. SCHILLER, J.

AND NOW, this 8th day of December, 2020, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for Section 2255 Relief is STAYED pending the exhaustion of Petitioner's pending appeal of his initial Motion pursuant to Section 2255.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Berle M. Schiller
_____
BERLE M. SCHILLER, J.